IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROMEO QUREISHI and JULIA QUREISHI, Husband and Wife,

    Plaintiffs,

  v.

COMMUNITY LENDING INC., a business entity, form unknown, CHICAGO TITLE COMPANY, a business entity, form unknown, AMERICA INTERNATIONAL REALTY, a business entity, form unknown, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a business entity, form unknown, and DOES 1–10, inclusive,

    Defendants.

No. C 10-04759 WHA

**ORDER TO SHOW CAUSE**

Plaintiffs are **HEREBY ORDERED TO APPEAR** on **FEBRUARY 17, 2011, AT 11:00 A.M.**, in Courtroom No. 9, United States District Court, at 450 Golden Gate Avenue, San Francisco, California 94102, and **TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 27, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE