IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROMEO QUREISHI and JULIA QUREISHI,
Husband and Wife,

    Plaintiffs,

  v.

COMMUNITY LENDING INC., a business entity, form unknown, CHICAGO TITLE COMPANY, a business entity, form unknown, AMERICA INTERNATIONAL REALTY, a business entity, form unknown, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a business entity, form unknown, and DOES 1–10, inclusive,

    Defendants.

No. C 10-04759 WHA

**ORDER OF DISMISSAL**

This case is hereby dismissed for lack of prosecution. No one appeared at the case management conference set for January 27, 2011. The Court issued an order to show cause for February 17, 2011, at 11:00 a.m. Still, plaintiffs did not appear. Nor was there any declaration or other submission made prior to the hearing (or after the hearing). The Court now dismisses this case for lack of prosecution.

**IT IS SO ORDERED.**

Dated: February 17, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE